JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. Las Vegas Boulevard
Las Vegas, NV  89101
(702) 385-5377 Fax (702) 474-4210
Attorney for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case no: 2:16-mj-316-CWH |
| Plaintiff, ) | |
| v. ) | |
| DUSTIN MICHAEL NEWMAN, ) | |
| Defendant. ) | |

## STIPULATION AND ORDER TO CONTINUE PRELIMINARY HEARING

IT IS HEREBY STIPULATED AND AGREED by and between JESS R. MARCHESE, ESQ. Counsel for Defendant DUSTIN NEWMAN and ALEXANDRA MICHAEL, Assistant United States Attorney, that hearing currently scheduled for June 24, 2016 at 4:00 p.m., be vacated and reset to a date and time convenient to the court but approximately (45) days.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant has spoken to his out-of-custody client and he has no objection to the request for continuance.

2. Counsel for the defendant has spoken to counsel for the United States and she has no objection to the continuance.

3. Counsel for the United States is waiting on the approval for her to extend a plea negotiation.

4. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Preliminary Hearing until a date and time convenient to the court, but not sooner than forty-five (45) days.

This is the third request for continuance filed herein.

DATED: June 22, 2016

| /S/ | /S/ |
|---|---|
| JESS R MARCHESE, ESQ. | ALEXANDRA MICHAEL, ESQ. |
| 601 S. LV BLVD. | ASSISTANT UNITED STATES ATTORNEY |
| LAS VEGAS, NEVADA 89101 | 501 LAS VEGAS BOULEVARD SOUTH. #1100 |
| ATTORNEY FOR THE DEFENDANT | LAS VEGAS, NEVADA 89101 |

JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. LV Boulevard
Las Vegas, NV 89101
(702) 385-5377 Fax (702) 474-4210
Attorney for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
* * *

| UNITED STATES OF AMERICA, | ) Case no: 2:16-mj-316-CWH |
|---|---|
| Plaintiff, | ) |
| v. | ) |
| DUSTIN MICHAEL NEWMAN, | ) |
| Defendant. | ) |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsels for defendant has spoken to his out-of-custody client and he has no objection to the request for continuance.

2. Counsel for defendant has spoken to United States' counsel and she has no objection to the continuance.

3. Counsel for the United States is waiting on the approval for her to extend a plea negotiation.

4. For all the above-stated reasons, the ends of justice would best be served by a

continuance of the Hearing until a date and time convenient to the court, but not sooner than forty-five (45) days.

This is the third request for continuance filed herein.

## ORDER

IT IS HEREBY ORDERED that the Hearing currently scheduled for June 24, 2016, at 4:00 p.m., be continued to the  15  day of  August , **2016** at 4 p.m. in courtroom  3C .

DATED this  23rd  day of  June , 2016.

_____
**U.S. MAGISTRATE JUDGE**